UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-120-D-1

UNITED STATES OF AMERICA

v.

CRAIG MAURICE HARRIS

ORDER TO SEAL

On motion of the defendant, Craig Maurice Harris, and for good cause shown, it is hereby

ORDERED that the **[DE 51]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __18__ day of __April__ 2017.

_____
JAMES C. DEVER III
Chief United States District Judge