# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Jay F. Neely  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** December 2, 2025

**FROM:** David Leake  
Supervising U.S. Probation Officer

**SUBJECT:** Harris, Craig Maurice  
Case No.: 5:12-CR-120-1D  
<u>Request for Early Termination</u>

**TO:** James C. Dever III  
United States District Judge

On August 9, 2012, Craig Maurice Harris was convicted of Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack) and 500 Grams or More of Cocaine. Mr. Harris appeared in United States District Court for the Eastern District of North Carolina and received 168 months imprisonment, followed by 5 years of supervised release. He began supervision on May 24, 2023.

Mr. Harris has performed satisfactorily on supervision. He has satisfied and complied with all special conditions of supervised release, including completion of the Moral Reconation Therapy (MRT) Program. Mr. Harris is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on May 23, 2028. The U.S. Attorney's Office is in agreement with this recommendation.

The probation office is requesting early termination. Please indicate the court's preference by marking the appropriate selection below.

☐ I agree with the recommendation.  
☐ I disagree with the recommendation based on:

_____  
_____  
_____

_____      _____  
James C. Dever III                                           Date  
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                    Crim. No. 5:12-CR-120-1D

**CRAIG MAURICE HARRIS**

On May 24, 2023, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Orlando M. Roberts<br>Orlando M. Roberts<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 252-508-3055<br>Executed On: December 2, 2025 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __3__ day of __December__, 2025.

James C. Dever III  
U.S. District Judge